```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/12/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE, *individually, and on behalf of all others similarly situated,*

                    Plaintiff,

-against-

TRACKI, INC.; TRACKIMO, INC.; and TRACKIMO LLC;

                    Defendants.

25 Civ. 6577 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 8, 2025, Plaintiff filed this individual and putative class action as "Jane Doe." ECF No. 1. Plaintiff has not yet filed a motion to proceed by pseudonym in this action. Accordingly, by **August 19, 2025**, if Plaintiff wishes to proceed by pseudonym, Plaintiff shall (1) file her motion to proceed by pseudonym under seal, and (2) email a courtesy copy to the Court at Torres_NYSDChambers@nysd.uscourts.gov.

    SO ORDERED.

Dated: August 12, 2025
       New York, New York

                                        ANALISA TORRES
                                United States District Judge