UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/19/2025
```

JANE DOE, *individually, and on behalf of all others similarly situated*,

          Plaintiff,

-against-

TRACKI, INC.; TRACKIMO, INC.; and TRACKIMO LLC;

          Defendants.

25 Civ. 6577 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 19, 2025, Plaintiff filed a motion to proceed by pseudonym in this individual and putative class action. *See* ECF Nos. 7–8. Accordingly, by **September 29, 2025**, Defendants shall indicate whether they oppose Plaintiff's motion and, if so, file any supporting papers in response. If Defendants oppose Plaintiff's motion, Plaintiff shall file her reply by **October 6, 2025**.

    SO ORDERED.

Dated: September 19, 2025
       New York, New York

                                    ANALISA TORRES
                                United States District Judge