

Serge Krimnus, Esq.
**BOCHNER PLLC**
1040 Avenue of the Americas,
o 646.971.0685 e serge@bochn

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2025
```

**VIA ECF**

Hon. Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15D
New York, NY 10007

    Re:   ***Jane Doe v. Tracki, Inc. et al.;*** **Case No. 1:25-cv-06577**
           Letter Motion for Extension of Time to Respond to Complaint

Dear Judge Torres:

    Our firm is counsel to Defendants Tracki, Inc., Trackimo, Inc., and Trackimo, LLC ("Defendants") in the above referenced matter. We write pursuant to Rule I(C) of Your Honor's Individual Practices, with the consent of Plaintiff Jane Doe ("Plaintiff" and, together with Defendants, "the Parties"), to respectfully request a thirty (30) day extension of time for Defendants to respond to the Complaint [ECF 1], currently due on November 3, 2024. Accordingly, the deadline would be extended, up to and including, December 3, 2025. This is the first request the Parties have made for an extension of this deadline. The reason for the request is Counsel for Defendants are participating in an accelerated pre-trial discovery schedule in another case before the Southern District of New York. Therefore, the request is made in good faith and not for purposes of delay.

    We thank the Court for its time and consideration in this matter.

               Respectfully submitted,
               BOCHNER PLLC

               /s/ Serge Krimnus
               Serge Krimnus, Esq.
               *Attorney for Defendants*

GRANTED.

SO ORDERED.

Dated: October 31, 2025
       New York, New York

               _____
               ANALISA TORRES
               United States District Judge