

Edwin J. Kilpela, Jr.
Paige T. Noah
WADE KILPELA SLADE, LLP
6425 Living Pl., Suite 200
Pittsburgh, PA 15206
Tel. (412) 314-0515
ek@waykayslay.com
pnoah@waykayslay.com

November 19, 2025

Honorable Henry J. Ricardo, U.S.M.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St. New York, NY 10007-1312
Courtroom: 21D

|  |  |
|---|---|
| **Re:** | ***Jane Doe v. Tracki, Inc. et al.*, Case No. 1:25-cv-06577** |
| **Subject:** | **Letter Motion for Adjournment of Court Appearance** |

Dear Judge Ricardo,

I am lead counsel for Plaintiff Jane Doe ("Plaintiff"). Pursuant to Local Rule 7.1(e) of the Joint Local Rules for the S.D.N.Y. and E.D.N.Y., and Section I(G) of Your Honor's Individual Rules and Practices in Civil Cases, I write to request an adjournment of the Rule 16 telephonic conference in the above-referenced matter, which is currently scheduled for 10:30 a.m. on November 25, 2025 (ECF No. 29).

Pursuant to your Honor's Rules and Practices, I emailed your chambers on November 14, 2025 to seek guidance regarding alternate dates (attached as Exhibit 1), but have not received a reply email. I will be out of the country and unavailable beginning on November 21, 2025 through November 29, 2025 and respectfully request an adjournment of the Rule 16 conference until a date after my return.

I have conferred with counsel for Defendant and they do not oppose this request. Thank you for your time and consideration.

November 19, 2025
Page 2

Respectfully Submitted,

*/s/ Edwin J. Kilpela, Jr.*
Edwin J. Kilpela, Jr.
ek@waykayslay.com
WADE KILPELA SLADE LLP
6425 Living Pl. Suite 200
Pittsburgh, PA 15206
Telephone: (412) 314-0515


*Attorney for Plaintiff and
the Proposed Class*