```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

               Plaintiff,

      -v-

TRACKI, INC., *et al.*,

               Defendants.

**ORDER**

25-CV-6577 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of Plaintiff's letter motion to adjourn the November 25, 2025 Rule 16 Conference. ECF No. 31. The motion is **GRANTED**. The Rule 16 Conference is adjourned to **December 9, 2025 at 4:00 p.m**. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 336 308 894#).

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 31 as **GRANTED**.

**SO ORDERED.**

Dated: November 20, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge