UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                Plaintiff,

      -v-

TRACKI, INC., *et al.*,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2025

**ORDER**

25-CV-6577 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' December 8, 2025 letter motion, ECF No. 35 (the "Letter Motion"), requesting an extension for the Parties to jointly file a proposed stipulated protective order to govern discovery in this case. The Letter Motion is **GRANTED**, and the deadline for the Parties to file their proposed protective order is extended to **December 12, 2025**.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 35 as **GRANTED**.

**SO ORDERED.**

Dated: December 9, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

1