UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/19/2025_
```

JANE DOE,

                    Plaintiff,

          -v-

TRACKI, INC., *et al.*,

                    Defendants.

**ORDER**

25-CV-6577 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On December 19, 2025, the undersigned held a conference with the Parties to address the dispute raised in the letter motion at ECF No. 42. The Court understands that the Parties have a dispute over whether the identity of Plaintiff's alleged stalker can be designated as confidential information for purposes of the protective order. The Parties should not try to resolve this dispute in the protective order itself, but may raise the issue separately.

**SO ORDERED.**

Dated: December 19, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1