UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE, *individually, and on behalf
of all others similarly situated*,

Plaintiff,

-against-

TRACKI, INC.; and TRACKIMO, INC.;

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __2/6/2026__

25 Civ. 6577 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Plaintiff's letter dated January 26, 2026, seeking leave to amend her complaint. *See* ECF No. 50; *see also* Mot. to Dismiss, ECF No. 49. "The court should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2); *see Jin v. Metropolitan Life Ins. Co.*, 310 F.3d 84, 101 (2d Cir. 2002).

Plaintiff's request to amend is GRANTED. Accordingly, Plaintiff shall file her amended complaint by **February 27, 2026**, in accordance with Rule III(H) of the undersigned's Individual Practices in Civil Cases. The deadlines for Plaintiff to respond to Defendants' pending motion to dismiss, and for Defendants to respond, *see* ECF No. 41 (setting deadlines), are ADJOURNED. By **March 20, 2026**, Defendants shall either: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter stating that they rely on the previously filed motion to dismiss. *See* Rule III(B)(iv), Individual Practices in Civil Cases.

SO ORDERED.

Dated: February 6, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge