```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                Plaintiff,

        -v-

TRACKI, INC., *et al.*,

                Defendants.

**ORDER**

25-CV-6577 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

      The Court is in receipt of Defendants' letter motion, ECF No. 61 (the "Letter Motion"), requesting leave to file Plaintiff's First Amended Initial Disclosures with redactions in connection with Defendants' Letter Motion for a Conference Regarding the Designation Dispute, ECF No. 53. After reviewing the proposed redactions, the Court concludes that the proposed redactions are sufficiently tailored to justify redactions and are otherwise consistent with the presumption in favor of public access to judicial documents under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124–27 (2d Cir. 2006) (outlining the standard for overcoming the presumption in favor of public access). Therefore, the Letter Motion is **GRANTED**. The undersigned will consider Plaintiff's First Amended Initial Disclosures, ECF No. 61-1, in connection with Defendants' Letter Motion for a Conference Regarding the Designation Dispute, ECF No. 53.

      The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 61 as **GRANTED**.

**SO ORDERED.**

Dated: March 6, 2026
       New York, New York

Henry J. Ricardo
United States Magistrate Judge