```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/10/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                Plaintiff,

      -v-

TRACKI, INC., *et al.*,

                Defendants.

**ORDER**

25-CV-6577 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Pursuant to the Court's December 9, 2025 order, ECF No. 39, the parties were directed to file a joint status report by March 9, 2026. To date, so far as the docket reflects, the parties have not filed the joint status report. The Court *sua sponte* extends the deadline for the parties to file their joint status report to **March 24, 2026.**

**SO ORDERED.**

Dated: March 10, 2026
       New York, New York

                                                Henry J. Ricardo
                                                United States Magistrate Judge