UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/2026
```

JANE DOE,

                Plaintiff,

      -v-

TRACKI, INC., *et al.*,

                Defendants.

**ORDER**

25-CV-6577 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The undersigned held a conference on March 10, 2026 to address the filings at ECF Nos. 53, 54, 59, 60, and 63. For the reasons articulated in the conference transcript, Defendants' motion at ECF No. 53 to de-designate the names, addresses and phone numbers of individuals listed in Plaintiff's first amended initial disclosures is **DENIED**.

    Plaintiff's motions at ECF Nos. 54 and 59 (which are substantively the same) requesting a protective order to hold in abeyance Defendants' proposed subpoena to Plaintiff's alleged stalker are **GRANTED IN PART AND DENIED IN PART**. Defendants are permitted to serve the proposed subpoena, but may not pursue discovery in this regard before **April 9, 2026**.

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 53 as **DENIED** and the motions at ECF Nos. 54 and 59 as **GRANTED IN PART AND DENIED IN PART**.

**SO ORDERED.**

Dated: March 10, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge