UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/24/2026_

JANE DOE,

             Plaintiff,

    -v-

TRACKI, INC., *et al.,*

           Defendants.

**ORDER**

25-CV-6577 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint status report.  ECF No. 70.  The parties are directed to file a further joint status report by **June 22, 2026**.

**SO ORDERED.**

Dated: March 24, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1