

Edwin J. Kilpela, Jr.
Paige T. Noah
WADE KILPELA SLADE, LLP
6425 Living Pl., Suite 200
Pittsburgh, PA 15206
Tel. (412) 314-0515
ek@waykayslay.com
pnoah@waykayslay.com

April 9, 2026

Honorable Analisa Torres, U.S.D.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St. New York, NY 10007-1312
Courtroom: 15D

       **Re:**      *Jane Doe v. Tracki, Inc. et al.*, **Case No. 1:25-cv-06577**
       **Subject:**  **Letter Motion re Leave to File Opposition to Defendants' Motion to Dismiss (ECF No. 69)**

Dear Judge Torres,

I represent Plaintiff in the above captioned action. I write because it came to my attention yesterday that my firm failed to timely file its opposition to Defendants' Motion to Dismiss, and thus we respectfully file this letter motion to seek an extension of Plaintiff's deadline to file her opposition brief by six days to today, April 9, 2026. Plaintiff's opposition brief was originally due on April 3, 2026. The reason for the request, as explained further below, is that Plaintiff, through her own counsel's inadvertent omissions in miscalendaring her deadline, did not file the opposition brief by the day it was due. Plaintiff has not previously requested an adjournment of this deadline, and the only previous extension sought in this case was a 30-day extension of Defendants' October 4, 2025 deadline to respond to the original complaint, to which Plaintiff consented. The Court granted that request. Today, I communicated with Defendants' counsel to seek its consent to the requested extension of Plaintiff's deadline to oppose the motion to dismiss, and Defendants have agreed to the extension.

Defendants filed their Motion to Dismiss on March 20, 2026. Plaintiff's response to Defendants' Motion to Dimiss was due April 3, 2026. Plaintiff did not file her opposition on that date, however, and respectfully requests an extension of the deadline to file her opposition brief to today, April 9, 2026.

When Defendants filed their Motion to Dismiss on March 20, 2026, Plaintiffs made an error in calendaring the date of the opposition, and through an oversight in our case management procedures, failed to realize the mistake until yesterday, April 8, 2026. While administrative

April 9, 2026
Page 2

errors happen, I and the other lawyers running this case have the ultimate responsibility to ensure that deadlines are calculated correctly and followed. While these circumstances do not justify the mistake, these are the facts that led to the response date being improperly calendared for 30 days and not the 14 day period as provided by the local rules. Undersigned counsel realized this error late yesterday and contacted opposing counsel earlier today concerning the extension.

While undersigned counsel fully appreciates their error, we respectfully seek the extension of Plaintiff's opposition deadline to today—a six day extension from the original deadline. The history of this litigation shows that counsel for Plaintiff has not been dilatory in prosecuting this matter. Plaintiff has engaged in motion practice with this Court, has propounded written discovery and responded to written discovery from Defendant, has engaged in several discovery-related hearings with Magistrate Judge Ricardo, has met and conferred with Defendants on multiple issues on several occasions, and has participated in a mediation with the mediation service of the Second Circuit in relation to Defendants' pending appeal of this Court's order permitting the Plaintiff to proceed pseudonymously.

Moreover, Plaintiff's filing of its opposition less than a week after its original due date will not delay this matter and will cause no prejudice to Defendants (Plaintiff will gladly concede to any extension for their reply that Defendants request).

Given the substantial work done by Plaintiff in prosecuting her claims balanced against the negligible harm resulting from permitting Plaintiff to file her Opposition to Defendants' Motion to Dismiss today, I respectfully request that this Court grant the six day extension.

With Sincere Apologies,

*/s/ Edwin J. Kilpela, Jr.*

Edwin J. Kilpela, Jr.
ek@waykayslay.com
Paige T. Noah
pnoah@waykayslay.com
David Slade (*pro hac vice* admission forthcoming)
slade@waykayslay.com
WADE KILPELA SLADE LLP
6425 Living Pl. Suite 200
Pittsburgh, PA 15206
Telephone: (412) 314-0515

*Attorneys for Plaintiff and
the Proposed Class*