UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

Plaintiff,

-v-

TRACKI, INC., *et al.,*

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/10/2026__

**ORDER**

25-CV-6577 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion, ECF No. 74 (the "Letter Motion"), requesting an extension of time to file its opposition to Defendants' Motion to Dismiss. The Letter Motion is **GRANTED**, and Plaintiff's opposition brief filed on April 9, 2026, ECF No. 75, shall be considered timely. Defendant's reply brief shall be filed by **April 17, 2026**.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 74 as **GRANTED**.

**SO ORDERED.**

Dated: April 10, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1