UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE, *individually, and on behalf
of all others similarly situated*,

                              Plaintiff,

                  -against-

TRACKI, INC. and TRACKIMO, INC.,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/13/2026

25 Civ. 6577 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated February 6, 2026, the Court granted Plaintiff leave to amend her complaint, and on February 27, Plaintiff filed her amended complaint. *See* ECF Nos. 52, 56. On March 20, Defendants filed a motion to dismiss the amended complaint. *See* ECF No. 69. Accordingly, Defendants' motion to dismiss Plaintiff's original complaint, filed at ECF No. 49, is DENIED as moot.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 49.

SO ORDERED.

Dated: May 13, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge