UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                    Plaintiff,

         -v-

TRACKI, INC., *et al.*,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/2026

**ORDER**

25-CV-6577 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter motion, ECF No. 84 (the "Letter Motion"), requesting leave to effectuate alternative service of a subpoena. Plaintiff is directed to file a response to the Letter Motion by **June 22, 2026.** The undersigned will hold a conference via telephone to address the Letter Motion on **June 30, 2026** at **3:00 p.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 643 857 427#).

**SO ORDERED.**

Dated: June 15, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge