UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/17/2026__

JANE DOE,

                    Plaintiff,                          **ORDER**

          -v-                                           25-CV-6577 (AT) (HJR)

TRACKI, INC., *et al.,*

                    Defendants.

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion, ECF No. 86 (the "Letter Motion"), requesting to adjourn the conference currently scheduled for June 30, 2026 at 3:00 p.m.  The Letter Motion is **GRANTED.**  The conference is adjourned to **July 2, 2026** at **11:00 a.m.**  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 643 857 427#).

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 86 as **GRANTED.**

**SO ORDERED.**

Dated: June 17, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1