UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/23/2026
```

JANE DOE,

                    Plaintiff,

          -v-

TRACKI, INC., *et al.,*

                    Defendants.

**ORDER**

25-CV-6577 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint status report. ECF No. 90. The parties are directed to file a further joint status report by **September 22, 2026**.

**SO ORDERED.**

Dated: June 23, 2026
       New York, New York

Henry J. Ricardo
United States Magistrate Judge