UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                         Plaintiff,

         -v-

TRACKI, INC., *et al.*,

                      Defendants.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/2/2026

**ORDER**

25-CV-6577 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on July 2, 2026 to address Defendants' letter motion, ECF No. 88 (the "Letter Motion"), requesting authorization for alternative service of a subpoena. For the reasons articulated in the conference transcript, the Letter Motion is **DENIED**.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 88 as **DENIED**. The Clerk of Court is also directed to terminate the sealed letter motion at ECF No. 84, which is duplicative of the Letter Motion, as **DENIED**.

**SO ORDERED.**

Dated: July 2, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1