USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

Plaintiff,

-v-

TRACKI, INC., *et al.*,

Defendants.

**ORDER**

25-CV-6577 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' September 21, 2026 joint status report. ECF No. 96. The parties are directed to file a further joint status report by **November 23, 2026.**

**SO ORDERED.**

Dated: September 22, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge