USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 11/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

Plaintiff,

-v-

TRACKI, INC., *et al.*,

Defendants.

**ORDER**

25-CV-6577 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint status letter, ECF No. 103. Pursuant to Rules II(A)–(B) of the undersigned's Individual Rules and Practices for Civil Cases, discovery disputes and requests to amend the case schedule must be made by letter motion, not by status letter. The parties are directed to file a further joint status report by **January 13, 2027**.

**SO ORDERED.**

Dated: November 24, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge